UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANDRES RAMON MELO,
    Plaintiff,

V                    CA 13-10945-JLT

NEPTUNE OYSTER, LLC, and
BOSTONIAN LLC.,
    Defendants.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

    The court having been advised on December 19, 2013 by counsel for the parties that the above action has been settled:

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to re-open the action within 30 days of this order, if settlement is not consummated.

/s/ Zita Lovett

_____
Courtroom Clerk

Date: December 30, 2013