UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:
1:13-cv-10945-JLT

ANDRES RAMON MELO, )
        Plaintiff, )
)
v. )
)
NEPTUNE OYSTER, LLC and )
BOSTONIAN LLC, )
        Defendants. )

## STIPULATION OF DISMISSAL OF ACTION PURSUANT TO RULE 41(a)(1)(ii)

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that all claims in the within action, against and among the parties are dismissed with prejudice, without costs or attorneys' fees, and without right of appeal.

Plaintiff,
Andres Ramon Melo
By his attorney,

*/s/Todd W. Shulby*
_____
Todd W. Shulby, Florida Bar No.: 068365
Todd W. Shulby, P.A.
4705 S.W. 148 Avenue, Suite 102
Davie, Florida 33330-2417
(954) 530-2236
tshulby@shulbylaw.com

*/s/Edward N. Garno*
_____
Edward N. Garno, BBO#564378
43 Hampson Street
Dracut, MA 01826
(978) 687-7805
nedgarno@hotmail.com

Defendants,
Neptune Oyster, LLC and Bostonian LLC
By their attorneys,

*/s/Grace V.B. Garcia*
_____
Grace V.B. Garcia, BBO#640970
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500
ggarcia@morrisonmahoney.com

1450871v1